12883

NIMMER v. CHEWNING

(152 S. E., 702)

September, 1929.

530

*Mr. J. J. Cantey,* for appellant,

*Messrs. DuRant & Sneeden,* for respondent,

April 4, 1930.

The opinion of the Court was delivered by MR. CHIEF JUSTICE WATTS.

For the reasons assigned by his Honor, Judge Bonham, it is the judgment of this Court that the judgment of the Circuit Court be affirmed.

MESSRS. JUSTICES COTHRAN, BLEASE, STABLER and CARTER concur.